# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JOSEPH DELGRECO & COMPANY, INC., <br><br> Debtor | ) <br> ) <br> ) <br> ) |
| JOSEPH DELGRECO & COMPANY, INC. and JOSEPH DELGRECO, <br><br> Plaintiffs <br><br> v. <br><br> DLA PIPER LLP (US), <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 10-cv- 6422 (PAE) |

## NOTICE OF APPEAL

Notice is hereby given that Joseph DelGreco & Company, Inc. and Joseph DelGreco, all of the plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action granting Defendant' DLA Piper LLP (US)'s motion for summary judgment on October 1, 2012.

Date: October 26, 2012

BERNSTEIN CHERNEY LLP

By: Hartley T. Bernstein
Attorneys for Plaintiffs
777 Third Avenue, 24th Floor
New York, N.Y. 10017
(Phone: (212) 381-9684